**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: ) | |
| JANSON, JR., JEFFREY MARK ) | Case Number 10-83073 |
|     Debtor. ) | (Chapter 13) |
| ) | |

## CHAPTER 13 PLAN

    1.    The Debtor proposes to pay the Trustee appointed by this Court the following amount until all of his creditors whose claims are filed and allowed have been paid in accordance with this plan:  $680.00 per month for the first thirty-eight (38) months; then an increase to $930.00 per month for the remaining twenty-two (22) months.  This Plan is for exactly sixty (60) months.

    2.    The Debtor proposes to have the Trustee pay the following secured and priority creditors, pro rata to the extent listed:

        A.    Internal Revenue Service to be paid $23,161.00 for the Taxes as Priority.

        B.    Illinois Department of Revenue to be paid $338.00 for the 2009 Taxes as Priority.

        C.    Agricredit Acceptance, LLC to be paid $9,000.00 at five and twenty-five hundredths percent (5.25%) interest secured by the 2003 Vermeer Chopper, the remaining balance to be unsecured.

        D.    Ipava State Bank to be paid $3,800.00 at five and twenty-five hundredths percent (5.25%) interest secured by the 2005 Ford F-150.

    3.    After the above secured and priority creditors have been paid the value of their security, then all unsecured creditors, including the unsecured portion of a secured creditor's claims, shall be paid pro rata from funds remaining after payment of the above-scheduled claims.

4.  The Debtor shall pay the following creditors outside the plan and said payments have been provided for in the Debtor's monthly budget:

   A.  Herget National Bank of Pekin to be paid 100% at contract interest secured by the Mortgage for the property located at 1632 N. Bader Road, Astoria, Illinois.

   B.  Wade and Alta Brown to be paid 100% at contract interest secured by the Deed of Trust for the seven acre lot that is attached to the property located at 1632 N. Bader Road, Astoria, Illinois.

5.  The Debtor proposes to surrender the following:

   A.  The 2008 Toyota Prius to Toyota Financial Services.

6.  The Debtor proposes to avoid the non-purchase money security interests held by the following creditors in his household goods and furnishings:  NONE.

7.  The Debtor hereby assumes the following unexpired leases and executory contracts and rejects all others:  NONE.

8.  The secured creditors shall retain their liens upon their collateral until they have been paid the value of said property.

9.  The Trustee shall pay to the Debtor's attorney the sum of $3,300.00 for attorney's fees, payable as ordered by the court.

10. No interest, service or late charges shall be allowed upon unsecured claims nor upon an undersecured creditor's claim unless otherwise provided.

11. Debtor estimates that unsecured creditors will receive zero percent (0%) of his allowed claims.

JEFFREY MARK JANSON, JR.

By:  **/s/ Spencer Lee Daniels**
     His Attorney